ACTING JUSTICE PLEICONES:
I regret that I am unable to join the majority opinion as I believe that our scope of review requires that we uphold the decision of the Court of Appeals’ majority: Dr. Dalai’s finding that petitioner was competent is evidence of probative value that supports the PCR judge’s finding that petitioner was not prejudiced by counsel’s failure to obtain an independent com- *24 peteney evaluation. Jeter v. State, 308 S.C. 230, 417 S.E.2d 594 (1992). In my opinion, however, it is shocking to the universal sense of justice to allow this severely mentally disabled individual’s plea to stand, and I believe that were relief sought pursuant to Butler v. State, 302 S.C. 466, 397 S.E.2d 87 (1990), this Court would likely issue a writ of habeas corpus.
In light of our scope of review, I reluctantly dissent.